IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL A. JAMES, | ) | No. C 10-2368 LHK (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| GLYNDA HULL, et al., | ) | |
| Defendants. | ) | |

Plaintiff filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On May 28, 2010, Plaintiff filed a motion for leave to proceed in forma pauperis. That same day, the Court sent a notification to Plaintiff informing him that his application was insufficient. The Court provided a copy of the in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file a completed application with supporting documentation within thirty days. To date, Plaintiff has not submitted a completed application nor paid the filing fee.

On June 7, 2010, mail sent to Plaintiff by the Court was returned to the Clerk of the court with a notation that it was undeliverable as addressed because the inmate was not in custody. As of the date of this order, Plaintiff has not updated his address with the Court nor submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.10\James368dis311.wpd

1 | changes while an action is pending must promptly file a notice of change of address specifying
2 | the new address.  *See* L.R. 3-11(a).  The Court may, without prejudice, dismiss a complaint
3 | when: (1) mail directed to the *pro se* party by the court has been returned to the Court as not
4 | deliverable, and (2) the Court fails to receive within sixty days of this return a written
5 | communication from the *pro se* party indicating a current address.  *See* L.R. 3-11(b).  More than
6 | sixty days have passed since the mail sent to Plaintiff by the Court was returned as
7 | undeliverable.  The Court has not received any notice from Plaintiff updating his address.

   Accordingly, the instant complaint is DISMISSED without prejudice.  The Clerk of the court shall terminate all pending motions and close the file.

   IT IS SO ORDERED.

DATED:  August 13, 2010

_____
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.10\James368dis311.wpd        2