**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. JAMES,          ) | No. C 10-2368 LHK (PR) |
|     Plaintiff,          ) | JUDGMENT |
|   v.                         ) | |
| GLYNDA HULL, et al.,       ) | |
|     Defendants.        ) | |

The Court has dismissed the instant action without prejudice. A judgment of dismissal without prejudice is hereby entered. The Clerk of the court shall close the file.

IT IS SO ORDERED.

Dated: August 13, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.10\James368jud.wpd